USCA1 Opinion

 

 November 3, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ Nos. 92-1751 92-1752 UNITED STATES, Appellee, v. AMPARO TORO-ARISTIZABAL, Defendant, Appellant. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Torruella and Cyr, Circuit Judges, ______________ ___________________ Amparo Toro-Aristizabal on brief pro se. _______________________ A. John Pappalardo, United States Attorney, and Stephen P. ___________________ __________ Heymann, Assistant United States Attorney, on Motion for Summary _______ Disposition for appellee. __________________ __________________ Per Curiam. On this consolidated appeal, we ___________ summarily affirm the district court's denial of appellant's "Motion for Stay of Judgment" as moot. We also affirm the district court's denial of appellant's "Motion to Correct Judgment and Commitment Order Restitution on Count Three of the Indictment," which was improperly brought under Fed. R. Crim. P. 35(a). This affirmance is without prejudice to any rights appellant may have to pursue a petition under 28 U.S.C. 2255, should she contend that relief is properly available to her under that statute. So ordered. __________ -2-